**Peter Agaba NGOBYA, Petitioner**

v.

**Loretta E. LYNCH, Attorney General**

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

of the United States,[1]
Respondent.

No. 14–3625.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 16, 2015.

Filed: July 23, 2015.

Petition for Review of an Order of the Board of Immigration Appeals.

Peter Agaba Ngobya, St. Louis, MO, pro se.

Karen Yolanda Drummond, Allison Frayer, Carl H. McIntyre, Washington, DC, for Respondent.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Tanzanian citizen Peter Agaba Ngobya petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny his application for asylum. After careful consideration of the issues before us,[2] we deny the petition, because we conclude that substantial evidence supports the finding that Ngobya failed to establish past persecution or a well-founded fear of future persecution, due to any protected ground. *See Matul–Hernandez v. Holder,* 685 F.3d 707, 710–13 (8th Cir.2012). The petition for review is denied. *See* 8th Cir. R. 47B.

---

1. Loretta E. Lynch has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. The agency's rulings denying withholding of removal and relief under the Convention Against Torture are not before us in this petition for review.